IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SHANNON CORBETT § | |
| *Plaintiff,* § | |
| v. § | |
| § | CASE NO. 5:21-cv-281 |
| TEXAS TECH UNIVERSITY § | |
| HEALTH SCIENCES CENTER § | |
| *Defendant.* § | |

## DEFENDANT'S NOTICE OF RELATED CASE

TO THE HONORABLE U.S. DISTRICT JUDGE:

Pursuant to Local Civil Rule 3.3(a), Defendant Texas Tech University Health Sciences Center provides this notice of related case and shows the Court the following:

Case style and civil action number: *Shannon Corbett v. Texas Tech University Health Sciences Center*, In the United States District Court for the Northern District of Texas, Lubbock Division, Civil Action No. 5:21-xc-00227.

Presiding Judge: None indicated on the civil docket sheet.

Status: This case was filed on October 12, 2021 and abandoned on October 13, 2021.

There are no further pleadings or orders indicated on the civil docket sheet.

    Respectfully submitted,

    **KEN PAXTON**
    Attorney General of Texas

    **BRENT WEBSTER**
    First Assistant Attorney General

    **GRANT DORFMAN**
    Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief, General Litigation Division

/s/ *Yvonne D. Bennett*
**YVONNE D. BENNETT**
Texas Bar No. 24052183
Attorney-in-Charge
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Email: Yvonne.Bennett@oag.texas.gov
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via PACER electronic notification on this 16th day of November, 2021, on:

Carrie A. Harris
Matthew Harris Law, PLLC
1001 Main Street, Suite 200
Lubbock, TX  79401
FrontDesk@MatthewHarrisLaw.com
(806) 702-4852
(800) 985-9479 fax
Attorney for Plaintiff

/s/ *Yvonne D. Bennett*
YVONNE D. BENNETT
Assistant Attorney General