CAUSE NO. DC-2021-CV-0370

| | | |
|---|---|---|
| **SHANNON CORBETT,** § | | **IN THE DISTRICT COURT OF** |
| *Plaintiff*, § | | |
| § | | |
| **v.** § | | **237TH JUDICIAL DISTRICT** |
| § | | |
| **TEXAS TECH UNIVERSITY** § | | |
| **HEALTH SCIENCES CENTER,** § | | |
| *Defendant.* § | | **LUBBOCK COUNTY, TEXAS** |

## DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED PETITION

TO THE HONORABLE JUDGE:

Defendant Texas Tech University Health Sciences Center ("TTUHSC") by and through Ken Paxton Attorney General of the State of Texas and the undersigned Assistant Attorney General files this Original Answer and Affirmative Defenses to Plaintiff's First Amended Petition.

### I.   ORIGINAL ANSWER (General Denial)

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, TTUHSC generally denies the allegations in Plaintiff's First Amended Petition and demands strict proof thereof.

### II.   AFFIRMATIVE DEFENSES

Pleading further, TTUHSC hereby asserts the following affirmative defenses to which it may be entitled:

1. This court lacks jurisdiction over Plaintiff's claims against TTUHSC.

2. TTUHSC asserts the defense of sovereign immunity as to Plaintiff's claims for which there has been no statutory or express waiver.

3. TTUHSC asserts the defense of limitations to the extent applicable to any cause of action asserted by Plaintiff.

4. Plaintiff failed to exhaust her administrative remedies and meet all statutory prerequisites

prior to filing this lawsuit.

5. TTUHSC asserts that Plaintiff has failed to engage in any protected activity.

6. TTUHSC asserts that compensatory damages and other damages provided for in Chapter 21 of the Texas Labor Code, if any, are subject to the damage cap set forth therein.

7. TTUHSC asserts that compensatory damages and other damages provided for 42 U.S.C.A. 2000e, if any, are subject to the damage cap set forth therein.

8. TTUHSC asserts that any employment decisions challenged by Plaintiff were made for legitimate, non-discriminatory, and non-retaliatory reasons, and that its decisions would have been made regardless of any protected activity claimed by Plaintiff.

9. TTUHSC asserts that any employment decisions challenged by Plaintiff were made for legitimate, non-discriminatory, and non-retaliatory reasons, and that its decisions would have been made regardless of Plaintiff's gender.

10. TTUHSC asserts that, to the extent applicable, Plaintiff has failed to mitigate her damages, if any.

11. TTUHSC's actions with regard to Plaintiff would have been the same even in the absence of facts Plaintiff claims resulted from illegal conduct.

12. TTUHSC asserts the right to raise additional defenses that become apparent throughout the factual development of this case.

## III.  PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Texas Tech University Health Sciences Center respectfully requests that the Court deny Plaintiff any and all relief requested and dismiss her claims with prejudice. TTUHSC further requests any and all other relief, including costs and attorneys' fees, to which it is entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division

/s/*Yvonne D. Bennett*
**YVONNE D. BENNETT**
Texas Bar No. 24052183
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Email: yvonne.bennett@oag.texas.gov
**ATTORNEYS FOR DEFENDANT**
**TEXAS TECH UNIVERSITY HEALTH**
**SCIENCES CENTER**

3

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was sent on November 10, 2021, via the court's e-service and via electronic mail to:

Carrie A. Harris, Esq.
MATTHEW HARRIS LAW, PLLC
1001 Main Street, Suite 200
Lubbock, Texas 79401-3309
FrontDesk@MatthewHarrisLaw.com
Tel: (806) 702-4852
Fax: (800) 985-9479
ATTORNEY FOR PLAINTIFF

                                          */s/ Yvonne D. Bennett*
                                          YVONNE D. BENNETT
                                          Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Holt on behalf of Yvonne Bennett
Bar No. 24052183
jennifer.holt@oag.texas.gov
Envelope ID: 59021927
Status as of 11/10/2021 10:56 AM CST

Associated Case Party: Shannon Corbett

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Carrie Harris | | FrontDesk@matthewharrislaw.com | 11/10/2021 8:34:04 AM | SENT |

Associated Case Party: Texas Tech University Health Sciences Center

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Holt | | jennifer.holt@oag.texas.gov | 11/10/2021 8:34:04 AM | SENT |
| Yvonne Bennett | | yvonne.bennett@oag.texas.gov | 11/10/2021 8:34:04 AM | SENT |