UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SHANNON CORBETT,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER,<br><br>    Defendant. | No. 5:21-CV-281-H |

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 59. The joint stipulation is approved. Accordingly, the upcoming deadlines and trial setting are cancelled. It is ordered that the plaintiff's claims against the defendant are dismissed with prejudice, and the Clerk of Court is directed to close this case. Absent agreement otherwise, the parties shall each bear their own costs and attorneys' fees.

So ordered on July 10, 2023.

*[signature]*

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE